**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CITY OF RIVIERA BEACH GENERAL
EMPLOYEES RETIREMENT SYSTEM, on
behalf of itself and al others similarly situated,

                    Plaintiff,

    v.

MAQUARIE INFRASTRUCTURE
CORPORATION, et al.,

                    Defendants.

Case No. 1:18-cv-03608-VSB

ORAL ARGUMENT REQUESTED

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of John E. Schreiber (with exhibits), defendants Macquarie Infrastructure Corporation, James Hooke, Jay Davis, Liam Stewart, Richard D. Courtney, Robert Choi, Martin Stanley, Norman W. Brown, George W. Carmany III, Henry E. Lentz, Ouma Sananikone and William H. Webb will move this Court, before the Honorable Vernon S. Broderick, United States District Judge for the Southern District of New York, at Courtroom 518 of the United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order granting their motion to dismiss the Consolidated Class Action Complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, and for such other relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that any opposing affidavits and answering memoranda must be served by June 21, 2019, pursuant to the briefing schedule so-ordered by the Court at ECF No. 80.

Dated: New York, New York
      April 22, 2019

By: s/ John E. Schreiber
    Richard W. Reinthaler
    John E. Schreiber
    Kerry C. Donovan
    Frank S. Restagno
    200 Park Avenue
    New York, New York 10166
    Telephone: (212) 294-6700
    Facsimile:  (212) 294-4700
    rreinthaler@winston.com
    jschreiber@winston.com
    kcdonovan@winston.com
    frestagno@winston.com

*Attorneys for Macquarie Infrastructure Corporation and the Individual Defendants*