UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF RIVIERA BEACH GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>MACQUARIE INFRASTRUCTURE CORPORATION, *et al.*<br><br>   Defendants. | Civil Action No. 1:18-cv-03608-VSB<br><br>**NOTICE OF DEFENDANT MACQUARIE INFRASTRUCTURE MANAGEMENT (USA)'S MOTION TO DISMISS**<br><br>**Oral Argument Requested** |

  PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all the prior pleadings and papers in this action, the undersigned attorneys for Defendant Macquarie Infrastructure Management (USA) Inc. will move this Court before the Honorable Vernon S. Broderick, United States District Judge for the Southern District of New York, 40 Foley Square, New York, New York at a date and time to be determined by this Court for an order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, dismissing with prejudice the claims asserted in the Consolidated Class Action Complaint against Macquarie Infrastructure Management (USA) Inc.  Oral argument is requested.

Dated: New York, New York
    April 22, 2019

/s/ Christopher M. Paparella
Christopher M. Paparella
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036

-2-

Telephone: (212) 506-3900
cpaparella@steptoe.com

*Attorneys for Defendant Macquarie Infrastructure Management (USA) Inc.*

-2-