UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF RIVIERA BEACH GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>MACQUARIE INFRASTRUCTURE CORPORATION, et al.,<br><br>     Defendants. | No. 1:18-cv-03608-VSB |

**NOTICE OF MOTION TO DISMISS THE
<u>CONSOLIDATED CLASS ACTION COMPLAINT</u>**

PLEASE TAKE NOTICE THAT, upon the accompanying *Joinder to the Memorandum of Law in Support of Macquarie Infrastructure Corporation's and the Individual Defendants' Motion to Dismiss the Consolidated Class Action Complaint*, Defendant Barclays Capital Inc. ("Barclays") will move this Court, before the Honorable Vernon S. Broderick, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order entering judgment for Barclays and dismissing with prejudice all claims as to Barclays asserted in Plaintiff's Consolidated Class Action Complaint filed February 20, 2019, ECF No. 56, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(b), and for such other relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: New York, New York<br>April 22, 2019 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>By: /s/ Susanna M. Buergel_____<br>      Susanna M. Buergel<br>      Alison R. Benedon<br><br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Tel: (212) 373-3000<br>Email: sbuergel@paulweiss.com<br><br>*Counsel for Defendant Barclays Capital Inc.* |