**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| CITY OF RIVIERA BEACH GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>MACQUARIE INFRASTRUCTURE CORPORATION, et al.,<br><br>            Defendants. |

No. 1:18-cv-03608-VSB

**JOINDER TO THE MEMORANDUM OF LAW IN SUPPORT OF MACQUARIE INFRASTRUCTURE CORPORATION'S AND THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

Defendant Barclays Capital Inc. hereby joins the *Memorandum of Law in Support of Macquarie Infrastructure Corporation's and the Individual Defendants' Motion to Dismiss the Consolidated Class Action Complaint* [ECF No. 101], filed on April 22, 2019 (the "Motion to Dismiss"), and adopts and incorporates by reference the statement of facts and arguments set forth in the Motion to Dismiss. For the reasons set forth therein, the Court should dismiss the claims against Barclays Capital Inc. with prejudice.

[*Remainder of Page Intentionally Left Blank*]

2

Dated:  New York, New York              PAUL, WEISS, RIFKIND, WHARTON &
        April 22, 2019                  GARRISON LLP

                                        By:  /s/ Susanna M. Buergel_____
                                             Susanna M. Buergel
                                             Alison R. Benedon

                                             1285 Avenue of the Americas
                                             New York, New York 10019-6064
                                             Tel:  (212) 373-3000
                                             Email:  sbuergel@paulweiss.com

                                             *Counsel for Defendant Barclays Capital Inc.*