UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF RIVIERA BEACH GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>MACQUARIE INFRASTRUCTURE CORPORATION, et al.,<br><br>     Defendants. | No. 1:18-cv-03608-VSB |

**JOINDER TO THE REPLY MEMORANDUM IN FURTHER
SUPPORT OF MACQUARIE INFRASTRUCTURE CORPORATION'S AND
THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS THE
<u>CONSOLIDATED CLASS ACTION COMPLAINT</u>**

    Defendant Barclays Capital Inc. hereby joins the *Reply Memorandum in Further Support of Macquarie Infrastructure Corporation's and the Individual Defendants' Motion to Dismiss the Consolidated Class Action Complaint* [ECF No. 113], filed on July 22, 2019, and adopts and incorporates by reference the arguments set forth therein.  For the reasons set forth therein, the Court should dismiss the claims against Barclays Capital Inc. with prejudice.

Dated: New York, New York
    July 22, 2019

                 PAUL, WEISS, RIFKIND, WHARTON &
                 GARRISON LLP

                 By: <u>/s/ Susanna M. Buergel</u>
                    Susanna M. Buergel
                    Alison R. Benedon

                 1285 Avenue of the Americas
                 New York, New York 10019-6064
                 Tel:  (212) 373-3000
                 Email:  sbuergel@paulweiss.com

                 *Counsel for Defendant Barclays Capital Inc.*