**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CITY OF RIVIERA BEACH GENERAL
EMPLOYEES RETIREMENT SYSTEM,
on behalf of itself and all others similarly
situated,

                    Plaintiff,                    18 **CIVIL** 3608 (VSB)

           -against-                       **JUDGMENT**

MACQUARIE INFRASTRUCTURE
CORPORATION, et al.,

                    Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 7, 2021, Defendants' motion to dismiss is GRANTED. The Clerk's office is directed to post notice of this Opinion & Order on the docket for the related action numbered 18-cv-3744.

**Dated:**  New York, New York
          October 7, 2021

                                               **RUBY J. KRAJICK**
                                               _____
                                                  Clerk of Court
                                     **BY:**
                                                      Deputy Clerk