```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
CITY OF RIVIERA BEACH GENERAL                              :
EMPLOYEES RETIREMENT SYSTEM,                               :
on behalf of itself and all others similarly               :
situated,                                                  :      18-CV-3608 (VSB)
                                                           :
                         Plaintiff,                        :         **ORDER**
        v.                                                 :
                                                           :
MACQUARIE INFRASTRUCTURE                                   :
CORPORATION, et al.,                                       :
                                                           :
                         Defendants.                       :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On April 3, 2023, I held a status conference in this action to discuss a briefing schedule and potential stay pending the resolution of Defendants' renewed motion to dismiss. (*See* Doc. 132.) In accordance with my comments made during the status conference, it is hereby

ORDERED that discovery in this case is stayed under the automatic stay of the Private Securities Litigation Reform Act of 1995, ("PSLRA"), pending the resolution of Defendants' renewed motion to dismiss.

IT IS FURTHER ORDERED that the parties submit their briefing as follows:

(i) Defendants shall file their motion to dismiss on or before April 6, 2023;

(ii) Plaintiff shall file its opposition to Defendants' motion to dismiss on or before May 8, 2023; and

(iii) Defendants shall file their reply in further support of their motion to dismiss on or before May 23, 2023.

SO ORDERED.

Dated: April 4, 2023
      New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge