UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                       :

MOAB PARTNERS, L.P.,                          :

                      Lead Plaintiff,            :
                                                                        :           18-CV-3608 (VSB)

CITY OF RIVIERA BEACH GENERAL      :
EMPLOYEES RETIREMENT SYSTEM,    :           **ORDER**
*on behalf of itself and all others similarly*  :
*situated*,                                                        :

                      Plaintiff,                   :

                          v.                                  :

MACQUARIE INFRASTRUCTURE            :
CORPORATION, et al.,                            :

                      Defendants.              :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On September 20, 2024, I held a status conference in this case. In accordance with my comments made during the status conference, it is hereby:

ORDERED that the parties meet and confer, and no later than three days following the date that the mandate of the Court of Appeals issues in this case, submit proposed briefing schedules with respect to: (1) Plaintiff's expected motion to lift the stay of discovery, and (2) the expected supplemental briefing on the pending motions to dismiss regarding the intervening Second Circuit and Supreme Court decisions.

SO ORDERED.

Dated: September 20, 2024
       New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge